# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00351-CR

**Roy Thomas Sledge, a/k/a Roy T. Sledge, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
NO. A-11-0428-SB, THE HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Roy Thomas Sledge has filed a motion to withdraw his notice of appeal and dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed: October 19, 2012

Do Not Publish